# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127545(21)

BABASHOLA ABE,
      Plaintiff-Appellant,

v

MICHIGAN STATE UNIVERSITY,
      Defendant-Appellee.

SC: 127545
COA: 256365
Ingham CC: 96-082140-NZ

_____/

On order of the Court, the motion for reconsideration of this Court's order of July 26, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

d1024